AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

Jerome Addison

        Plaintiff,

vs.

Gus J. Pearlman, Probate Judge;
Virginia McLeod, Clerk of Probate;
Ben W. MacMillan, Esq.; CarryS. Eilen,
Register of Mesne Conveyance; and Patricia
S. Phelps, Court Reporter,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:06-3403-HFF-RSC

**Decision on the Record.** This action came before the court on the record, Honorable Henry F. Floyd, U.S. District Judge, presiding. The issues have been reviewed and a decision rendered. The Court having adopted the Report and Recommendations of Magistrate Judge Robert S. Carr,

    **IT IS ORDERED AND ADJUDGED** that this Complaint is dismissed without prejudice and without issuance and service of process and the Plaintiff shall take nothing on his Complaint filed pursuant to Title 42: U.S.C. 1983.

                                          LARRY W. PROPES, Clerk

                                          By <u>s/Susan K. Sanders</u>
                                                     Deputy Clerk

December 29, 2006